FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON VILLAMAR, | No. CV 04-6685-VBF(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID TRISTAN, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed with prejudice as to plaintiff's federal civil rights claims, and without prejudice as to his claims under state law.

DATED: March 28, 2008

VALERIE BAKER FAIRBANK
United States District Judge